United States District Court
Southern District of Texas
FILED

MAR 26 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IVY J. ARROYO AND ELIZABETH ARROYO | § § § | B-02- 057 |
| VS. | § § § | CIVIL ACTION NO. _____ |
| GEICO GENERAL INSURANCE CO. | § § | |

## NOTICE TO THE PLAINTIFFS OF FILING OF NOTICE OF REMOVAL

TO: **IVY J. ARROYO AND ELIZABETH ARROYO**,
Plaintiffs and their attorneys:

Frank E. Perez
**PEREZ & ASSOCIATES**
436 Paredes Line Road
Brownsville, Texas 78521

PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby notified that on the __26th__ day of __March__, 2002, in the above styled and numbered cause (being Cause Number 2001-05-2506-C in the 197th Judicial District Court of Cameron County, Texas), GEICO GENERAL INSURANCE CO. filed its Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are attached hereto.

Page 1

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
State Bar No. 06653020
Federal I.D. No. 20471
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Removal was served upon all counsel of record, to-wit:

Frank E. Perez
**PEREZ & ASSOCIATES**
436 Paredes Line Road
Brownsville, Texas 78521

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the __26th__ day of __March__, 2002.

_____
D. ALAN ERWIN, JR.
Attorney at Law

CAUSE NO. 2001-05-2506-C

| | | |
|---|---|---|
| IVY J. ARROYO AND<br>ELIZABETH ARROYO | §<br>§<br>§ | IN THE DISTRICT COURT<br><br>197th JUDICIAL DISTRICT |
| VS. | §<br>§ | |
| GEICO GENERAL INSURANCE CO. | § | CAMERON COUNTY, TEXAS |

<u>NOTICE TO THE DISTRICT CLERK OF<br>FILING OF NOTICE OF REMOVAL</u>

TO: HONORABLE AURORA DE LA GARZA
      Cameron County District Clerk
      Cameron County Courthouse
      974 E. Harrison
      Brownsville, Texas 78520

You will please take notice that Defendant Geico General Insurance Co. Has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: <u>Ivy J. Arroyo and Elizabeth Arroyo v. Geico General Insurance Co.</u>, originally filed in the 197th Judicial District Court of Cameron County, Texas, Cause No. 2001-05-2506-C, to the United States District Court for the Southern District of Texas, Brownsville Division., and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 197th Judicial District Court to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

Page 1

WITNESS the signature of Defendant, through its attorney, on this the __26th__ day of __March__, 2002.

                                                Respectfully submitted,

                                                **ROERIG, OLIVEIRA & FISHER, L.L.P.**
                                                855 W. Price Road, Suite 9
                                                Brownsville, Texas 78520
                                                TEL/ (956) 542-5666
                                                FAX/ (956) 542-0016

                                By: _____
                                             D. ALAN ERWIN, JR.
                                             State Bar No. 06653020
                                             Federal I.D. No. 20471
                                             ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Removal was served upon all counsel of record, to-wit:

                                        Frank E. Perez
                                  **PEREZ & ASSOCIATES**
                                    436 Paredes Line Road
                                    Brownsville, Texas 78521

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the __26th__ day of __March__, 2002.

                                            _____
                                            D. ALAN ERWIN, JR.
                                            Attorney at Law

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IVY J. ARROYO AND ELIZABETH ARROYO | § § § § § § | CIVIL ACTION NO. B-02-057 |
| VS. | | |
| GEICO GENERAL INSURANCE CO. | | |

## INDEX OF ATTORNEYS

1. Frank E. Perez
   State Bar No. 15776540
   Perez & Associates
   436 Paredes Line Road
   Brownsville, Texas 78521
   TEL/ (956) 504-5403
   FAX/ (956) 504-5991
   ATTORNEY FOR PLAINTIFFS

2. D. Alan Erwin, Jr.
   State Bar No. 06653020
   Roerig, Oliveira & Fisher, L.L.P.
   855 W. Price Road, Suite 9
   Brownsville, Texas 78520
   TEL/ (956) 542-5666
   FAX/ (956) 542-0016
   ATTORNEY FOR DEFENDANT

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IVY J. ARROYO AND ELIZABETH ARROYO | § § § § § § | CIVIL ACTION NO. B-02-057 |
| VS. | | |
| GEICO GENERAL INSURANCE CO. | | |

## INDEX OF DOCUMENTS FILED

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

   a. State Court's Docket Sheet
   b. Plaintiffs' Original Petition
   c. Citation served on Geico General Insurance Co.
   d. Defendant Geico General Insurance Co.'s Original Answer
   e. Plaintiffs' First Amended Original Petition
   f. Plaintiffs' Second Amended Original Petition
   g. Plaintiffs' Third Amended Original Petition

3. Notice to Plaintiffs of Filing of Notice of Removal

4. Notice to District Clerk of Filing Notice of Removal

5. Index of Attorneys

6. Index of Documents Filed

7. Order for Conference and Disclosure of Interested Parties

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IVY J. ARROYO AND | § | |
| ELIZABETH ARROYO | § | |
| | § | CIVIL ACTION NO. B-02-057 |
| VS. | § | |
| | § | |
| GEICO GENERAL INSURANCE CO. | § | |

### ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

1. Counsel shall appear for an initial pretrial and scheduling conference before

    U.S. Jude _____
    on _____, 2002, at _____ o'clock _____.m.
    at the United States District Courthouse
    Brownsville, Texas
    (conference may be held telephonically if requested)

2. Counsel shall prepare and file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded.</u> If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pending of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

4. After the parties meet as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less than 10 days before the conference, a joint report of meeting and joint discovery/case management plan containing the information required on the attached form.

5. The Court will enter a scheduling order and may rule on any pending motions at the conference.

Page 1

6. Counsel who file(s) or remove(s) an action *is responsible for providing the other parties with a copy of this order and in addition* must serve a copy of this order with the summons and complaint or with the notice of removal.

7. Attendance by an attorney who has authority to bind the party is required at the conference.

8. Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the Court of the results of their discussions.

9. A person litigating pro se is bound by the requirements imposed upon counsel in this Order.

10. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

By Order of the Court