# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| IVY J. ARROYO AND ELIZABETH ARROYO,<br>    Plaintiffs,<br><br>VS.<br><br>GEICO GENERAL INSURANCE CO.<br>    Defendant. | § § § § § § § § § § | CIVIL ACTION NO. B-02-057 |

## ORDER

Came on to be considered Plaintiffs' Motion to Remand (Docket No. 4), and the Court having considered the motion and the issues raised finds that the Motion is well taken, and accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion to Remand (Docket No. 4) be **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Civil Action No. B-02-057 be remanded to the 197th District Court, Cameron County, Texas.

DONE in Brownsville, Texas, on this 26th day of April, 2002.

_____
Filemon B. Vela
United States District Judge